OFD (12/21/10) lew

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

March 15, 2011

Clerk, U.S. Bankruptcy Court

BY **lew** DEPUTY

| | |
|---|---|
| In re<br>**Paul Brenneke Qualified Personal Residence Trust UDT**<br>*Other names used by debtor:* Thomas B. Brenneke, Trustee, Paul Brenneke Qualified Personal Residence Trust UDT<br>Debtor(s) | Case No. **11−31975−tmb11**<br><br>ORDER AND NOTICE REGARDING FILING OF DOCUMENT(S); AND NOTICE OF PROPOSED DISMISSAL |

The bankruptcy CASE FILED on **3/14/11** has deficiencies.

7 DAYS TO FILE: The following required document(s) were not filed. You must file each listed document within 7 days of the FILED date of this order.

**A Corporate Ownership Statement is required to be filed with the Petition or with the first pleading in an Adversary Proceeding by a corporate debtor or party. [Fed. Rules Bankr. Proc. 1007 and 7007.1]**

**NOTE: You must vile a Corporate Ownership Statement for Petitiong Creditor Victor Le Nettoyeur, LLC.**

**IT IS HEREBY ORDERED** that, unless otherwise provided above, this case may be DISMISSED without further notice to the debtor(s) if the deficiencies outlined above are not completely and accurately corrected AND the documents FILED within the time indicated. Each document or item filed must show each DEBTOR'S NAME and the CASE NUMBER. Any document or item required to be filed using a form must be COMPLETED using the CURRENT VERSION of the form.

**Dismissal for failure to correct the deficiencies noted above may make the debtor(s) ineligible to file another petition for 180 days after dismissal pursuant to 11 USC §109(g)(1) and/or may limit the automatic stay if another petition is filed within 1 year pursuant to 11 USC §362(c)(4).**

Clerk, U.S. Bankruptcy Court