Carla G. McClurg, CSB 227738
Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR 97205
Telephone: (503) 326-7659

Attorney for Robert D. Miller Jr., Region 18 United States Trustee

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 11-31975-tmb11 |
| Paul Brenneke Qualified Personal Residence Trust UDT, | UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE |
| Debtor | |

The United States Trustee, Robert D. Miller Jr., by and through Trial Attorney Carla G. McClurg, moves the court for an order dismissing this case, converting it to chapter 7, or providing for such other relief as the court may deem appropriate pursuant to 11 U.S.C. § 1112(b). In support of this motion, the United States Trustee relies on the memorandum in support filed separately. For the reasons set forth in his supporting memorandum, the United States Trustee believes that this case should be dismissed rather than converted.

DATED this 21st day of September, 2011.

Respectfully submitted,

ROBERT D. MILLER JR.
United States Trustee


/s/ Carla G. McClurg
CARLA G. McCLURG, CSB# 227738
Trial Attorney

Page 1 - UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2011, I served a copy of the foregoing UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT CHAPTER 11 CASE by mailing a copy of this document, by United States first class mail, postage prepaid, addressed to the following:

Paul Brenneke Qualified Personal Residence Trust UDT
710 NW 14th Ave, 2nd Fl
Portland, OR 97209

Jones Dave D&J Remodeling
20672 NW Quail Hollow
Portland, OR 97229

                                              ROBERT D. MILLER JR.
                                              United States Trustee

                                              /s/ Carla G. McClurg
                                              CARLA G. McCLURG, CSB 227738
                                              Trial Attorney